**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

No. 01-41451

---

JERRY D. MOORE,

Plaintiff – Appellant,

VERSUS

ANDERSON COUNTY, TEXAS, Through the Anderson County Commissioners
Court, ET AL.,

Defendants – Appellees.

---

Appeal from the United States District Court
For the Eastern District of Texas

---

(99-CV-556)
December 6, 2002

Before DAVIS, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The judgement is AFFIRMED for the reasons given by the
district court in its November 8, 2001 Findings of Fact and
Conclusions of Law.

**AFFIRMED.**

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.